UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN-- SOUTHERN DIVISION

RONECA ECHOLS,
*Individually and on behalf of others similarly situated*

    Plaintiff,

-vs-

DICK GENTHE CHEVROLET, INC,

    Defendant.

Case No. 1:18-CV-00278-GJQ-PJG
Hon. Gordon J. Quist
Magistrate Judge: Phillip J. Green

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against Dick Genthe Chevrolet, Inc. are dismissed with prejudice and without costs, attorney's fees or sanctions to any party.

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**So ordered**.

          /s/ Gordon J. Quist
          Honorable Gordon J. Quist

Dated:  January 10, 2019

Stipulated to by:

s/ Sylvia S. Bolos
Sylvia S. Bolos P78715
LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC
Attorney for Roneca Echols
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PH: (248) 208-8864
SylviaB@MichiganConsumerLaw.Com


s/ Toby Schisler (by consent)
Toby Schisler
DINSMORE & SHOHL, LLP
Attorney for Dick Genthe Chevrolet, Inc.
255 East Fifth St., Ste. 1900
Cincinnati, OH 45202